IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHARON K. BOOTHE                                                          PLAINTIFF

v.                    CIVIL NO. 08-5007

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. Plaintiff also submitted a motion to allow a belated filing of the complaint which is GRANTED. After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 4th day of January 2008:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of January 2, 2008. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Michael B. Mukasey, U.S. Attorney General, and Claude S. Hawkins, Jr., Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 09 2008

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)